MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

MEREDITH J. EDWARDS (CABN 279301)
Special Assistant United States Attorney

   150 Almaden Boulevard
   San Jose, California 95113
   Telephone: (408) 535-5589
   Facsimile:  (408) 535-5066
   Email: meredith.edwards@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CR 10-897 LHK |
|---|---|
| Plaintiff, | ) STIPULATION AND [**PROPOSED**] ORDER RESCHEDULING HEARING DATE |
| v. | ) |
| RICARDO RAMIREZ-RAMIREZ, | ) |
| Defendant. | ) |

**STIPULATION**

The United States, by and through Special Assistant United States Attorney Meredith J. Edwards, and defendant Ricardo Ramirez-Ramirez, by and through Assistant Federal Public Defender Robert M. Carlin, hereby stipulate that, with the Court's approval, the sentencing hearing currently set for Wednesday, February 27, 2013, at 9:00 a.m., be vacated and rescheduled for Wednesday, April 3, 2013, at 9:00 a.m.  Defendant has an outstanding supervised release violation in the Eastern District of California that he would like to resolve immediately with the assistance of his current counsel.  Defense counsel requests the additional time to allow him the

1

1  time necessary to accommodate this request, which will take the cooperation of the U.S.
2  Probation Office and U.S. Attorney's Office in both the Eastern and Northern Districts.  The
3  government has no objection to the requested continuance.

7  Dated: February 26, 2013                                    /s/
                                                    MEREDITH J. EDWARDS
8                                                    Special Assistant United States Attorney

10 Dated: February 26, 2013                                    /s/
                                                    ROBERT M. CARLIN
11                                                   Assistant Federal Public Defender

**[PROPOSED] ORDER**

Pursuant to the agreement and stipulation of the parties, the Court hereby orders that the sentencing hearing in this case, previously scheduled for February 27, 2013, at 9:00 a.m., be vacated and rescheduled for April 3, 2013, at 9:00 a.m.

IT IS SO ORDERED.

DATED:    2/26/13

_____
THE HONORABLE LUCY H. KOH
United States District Judge