STEVEN G. KALAR
Federal Public Defender
ROBERT M. CARLIN
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA  95113
Telephone:  (408) 291-7753
E-mail: robert_carlin@fd.org

Counsel for Defendant
RICARDO RAMIREZ-RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RICARDO RAMIREZ-RAMIREZ,<br><br>　　　　　Defendant. | No. CR 10-00897-LHK<br><br>**[PROPOSED] ORDER ON STIPULATION TO CONTINUE SENTENCING HEARING** |

1. On December 22, 2011, Mr. Ramirez was charged in a single count indictment with a violation of 8 U.S.C. § 1326 (a) and (b).

2. Following plea negotiations with the United States, on January 30, 2013, Mr. Ramirez changed his plea to guilty before this Honorable Court. The sentencing hearing is currently scheduled for April 3, 2013.

3. Mr. Ramirez is on supervised release in the Eastern District of California ("E.D. Cal."), case number 1:02CR05460, and the United States Probation Office ("Probation") in that district has filed a petition to violate his supervised release.  Counsel has contacted both the United States Attorney's Office and Probation in the E.D. Cal., and they have confirmed that they are willing to transfer jurisdiction of the petition to this Honorable Court, so that it can be

3

1  adjudicated simultaneously with the sentencing hearing in the instant matter.  Counsel has been
2  trying to effectuate that transfer of jurisdiction with Probation in San Jose, but is not sure when
3  that will be achieved.
4      4.  For the above stated reasons, the sentencing hearing shall be continued to May 8,
5  2013, at 9:00 a.m.
6      IT IS SO ORDERED.

8  Dated: __4/1/13_____     _____*Lucy H. Koh*_____
                                     HON. LUCY A. KOH
9                                    United States District Judge

4